EXHIBIT A

11446647v.1

STATE OF NEW YORK
SUPREME COURT          COUNTY OF ONEIDA

KRISTIN HUBLEY
16 Hillside Dr.
New York Mills, NY 13417
                              Plaintiff,

          v.                                          SUMMONS

AMF BOWLING CENTERS, INC.
D/B/A   AMF PIN-O-RAMA LANES
1724 Genesee St.
Utica, NY 13501
                              Defendants,

To the above named Defendant:


     **YOU ARE HEREBY SUMMONED** to answer the complaint in this
action, and to serve a copy of your answer, or, if the complaint is
not served with this summons, to serve a notice of appearance, on
the Plaintiff's Attorney within 20 days after the service of this
summons, exclusive of the day of service, or within after 30 days
after completion of service where service is made in any other
manner than by personal delivery within the state.  In case of your
failure to appear or answer, judgment will be taken against you by
default for the relief demanded in the complaint.


Trial is desired in the County of Oneida

The basis of venue designated above is the Plaintiff's residence,
   16 Hillside Dr. New York Mills, NY 13417

in the County of Oneida


DATED: January 22, 2021

                              MARK A. WOLBER
                              Attorney for Plaintiff
                              239 Genesee Street, Suite 307
                              Utica, NY 13501
                              (315) 724-3127


20211015478      Clerk LG      **CA2021-000215**
                              01/22/2021 02 55.00 PM
                              Pages 1
                              CIVIL INDEX NUMBER
                              Sandra J  DePerno  Oneida County Clerk

STATE OF NEW YORK
SUPREME COURT          COUNTY OF ONEIDA

KRISTIN HUBLEY

                          Plaintiff,

       v.                                         COMPLAINT

AMF BOWLING CENTERS, INC.
D/B/A  AMF PIN-O-RAMA LANES

                          Defendants,

_____

     Plaintiff alleges:

     1. Defendant, is a corporation, duly incorporated in the State
of Virginia and licensed to do business in the State of New York.

     2. Defendant operates a bowling alley under the name *AMF Pin-O-Rama Lanes,* at 1724 Genesee St. Utica, NY.

     3. Defendants are responsible for maintaining the premises,
including a parking lot, adjacent to the structure which houses the
said bowling alley.

     4. On January 27, 2018, the Plaintiff was lawfully and
properly on the parking lot of the said bowling alley as a patron
thereof during regular hours.

     5. January 27, 2018 as the Plaintiff was entering the said
bowling alley she was caused to trip over a large hole in the
parking lot near the entrance to the bowling alley from the parking
lot, causing Plaintiff to lose her balance. She grabbed onto a pole
to prevent her from falling.

     6.  The said large hole in the parking lot constituted a
dangerous and hazardous condition to persons entering or exiting
the bowling alley to and from the parking lot.

     7. The said dangerous and hazardous condition was caused by the
negligence of the defendant in maintaining its said premises.

8. As a result of this trip, Plaintiff suffered severe personal injury.

9. Solely as a result of the negligence of Defendants, in maintaining their said premises, Plaintiff suffered severe personal injuries, lost earnings, incurred medical expenses and has been caused pain and suffering.

**WHEREFORE**, Plaintiff demands Judgment against Defendants in an amount which will fairly and justly compensate her for the injuries she sustained with the costs and disbursements of this action. The amount sought exceeds the jurisdictional limits of all lower courts which may otherwise have jurisdiction of this action.

DATED: January 22, 2021

MARK A WOLBER
Attorney for Plaintiff
239 Genesee St., Suite 307
Utica, N.Y. 13501
(315) 724-3127